No. 715.   OKLAHOMA ET AL. *v.* UNITED STATES.   June 16, 1947.

No. 1237.   NEW YORK *v.* UNITED STATES (RELATIVE TO THE CONDEMNATION BY THE UNITED STATES OF CERTAIN EASEMENT RIGHTS IN 220 ACRES OF LAND IN ESSEX AND HAMILTON COUNTIES, NEW YORK).   June 16, 1947.

No. 1293.   WILSON *v.* RAGEN, WARDEN.   June 16, 1947.

No. 1097.   HAWKINS ET AL. *v.* UNITED STATES;

No. 1219.   RESER *v.* FLEMING, TEMPORARY CONTROLS ADMINISTRATOR;

No. 1226.   TEXASTEEL MANUFACTURING CO. ET AL. *v.* SEABOARD SURETY CO.; and

No. 1227.   ARMSTRONG ET AL. *v.* SEABOARD SURETY CO. June 16, 1947.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications.

No. 1211.   CURLEY *v.* UNITED STATES.   June 16, 1947. MR. JUSTICE MURPHY is of the opinion the petition should be granted.   MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this application.

No. 144.   CALVERT *v.* SMITH ET AL.   June 16, 1947. The motion for leave to file a petition for rehearing is denied.   329 U. S. 718.

No. 700.   BORG-WARNER CORP. ET AL. *v.* GOODWIN ET AL.   June 23, 1947.   329 U. S. 835; 331 U. S. 796.

No. 1177.   HIGGINS *v.* UNITED STATES.   June 23, 1947.